# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00329-CR

**Brandon Robisheaux, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR2012-042, HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief was originally due November 24, 2014.  On counsel's motions, the deadline for filing was extended to April 3, 2015.  On April 14, this Court's clerk's office sent appellant's counsel a letter notifying her that the brief was overdue and requesting a response no later than April 24.  On May 6, counsel filed a fourth motion requesting that the Court extend the time for filing appellant's brief an additional 63 days.  We grant the motion for extension of time and order appellant to file a brief no later than June 5, 2015.  No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on May 8, 2015.

Before Justices Puryear, Pemberton, and Bourland

Do Not Publish